448 A.2d 1151

Commonwealth v. Jennings, Appellant.

Submitted September 9, 1981. Joseph T. Kelley, Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is affirmed.

POPOVICH, J., filed a memorandum concurring and dissenting opinion.